Your Honor,

My name is Piya Parekh and I am the daughter of Chintan Parekh. When I first learned of his arrest last year, I was shocked and found it difficult to believe that he could have made such a mistake. My father is, at his core, a good and caring person who, unfortunately, made some poor choices under negative influences.

Throughout my life, my father has always been someone who puts others before himself. Whether it was offering a helping hand to friends and family in need or donating to charitable causes, including his religious temple and our local police department, he has consistently demonstrated a generous and compassionate heart.

In two years, my younger brother will be heading to college, and without my father's financial support, I worry about how we will manage his tuition. I am currently set to graduate from college next year and hope to attend Physician Assistant school within the next three years. My father has always encouraged my education and planned to help guide me in achieving my career goals. With his current situation, that has become much more difficult.

While I fully acknowledge that what my father did was wrong, I still believe he is a fundamentally honorable man who has the capacity to redeem himself if given the opportunity. I sincerely ask that the court show leniency in his sentencing and take this letter into consideration as a reflection of his true character and the positive role he has played in our lives.

Sincerely,

Piya Parekh

*[signature]*